NUMBER 13-02-192-CV

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

________________________________________________________________

 

EAGLE
ASPHALT PRODUCTS, INC. F/K/A 

THE
TEXAS FUEL AND ASPHALT COMPANY 

AND DANIEL J. MURPHY,                                                    Appellants,

 

                                                   v.

 

TRIFINERY,
INC. AND GULF COAST 

ASPHALT COMPANY, L.L.C.,                                                Appellees.

________________________________________________________________

 

                        On appeal from the 347th  District Court

                                  of Nueces County, Texas.

________________________________________________________________

 

                                   O P I N I O N

 

                     Before Justices
Dorsey, Rodriguez, and Castillo

Opinion
Per Curiam

 








Appellants, EAGLE ASPHALT PRODUCTS, INC. F/K/A THE TEXAS FUEL AND ASPHALT COMPANY
AND DANIEL J. MURPHY,
perfected an appeal from a judgment entered by the 347th
District Court of Nueces County, Texas, in cause number 01-00654-H.  After the
record was filed, the parties filed an agreed motion to dismiss the
appeal.  In the motion, the parties state
that they have executed a settlement agreement disposing of all claims and
issues in this appeal.  The parties
request that this Court vacate the trial court=s judgment and dismiss the appeal.

The Court, having
considered the documents on file and the agreed motion to dismiss the appeal,
is of the opinion that the motion should be granted.  The agreed motion to dismiss is granted.  The judgment of the trial court is VACATED,
and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 30th
day of May, 2002.